```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21374
     THELMA M HENDERSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-6033


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/14/2007 and was confirmed 01/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED          714.52            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          546.65            .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED          193.90            .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED          100.00            .00            .00
MIDWAY MOTOR SALES        SECURED VEHIC     5205.00         234.31         617.00
MIDWAY MOTOR SALES        UNSECURED        NOT FILED          .00            .00
BARNES USED CARS          UNSECURED         1528.00            .00            .00
CAVALRY INVESTMENTS       UNSECURED          603.55            .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        NOT FILED          .00            .00
CBCS                      UNSECURED        NOT FILED          .00            .00
CHECK N GO                UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1260.00            .00            .00
COMCAST                   UNSECURED        NOT FILED          .00            .00
T MOBILE                  UNSECURED          237.73            .00            .00
FIRST CASH ADVANCE        UNSECURED        NOT FILED          .00            .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED         2047.00            .00            .00
MEDICAL                   UNSECURED        NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED          .00            .00
NATIONAL CREDIT ADJUSTER  UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SERVICES    UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SERVICES    UNSECURED        NOT FILED          .00            .00
B-REAL LLC                UNSECURED          293.00            .00            .00
B-REAL LLC                UNSECURED           40.00            .00            .00
PAYDAY LOAN               UNSECURED        NOT FILED          .00            .00
PAYDAY LOAN               UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          295.17            .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          302.44            .00            .00
UPTOWN EMERG PHYSICIANS   UNSECURED          314.00            .00            .00
VOICE OF THE PEOPLE       UNSECURED        NOT FILED          .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED         3264.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21374 THELMA M HENDERSON
```

```
BARNES USED CARS         SECURED NOT I     3200.00              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,343.00                         1,292.62
TOM VAUGHN               TRUSTEE                                              183.27
DEBTOR REFUND            REFUND                                                  .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,327.20

PRIORITY                                              .00
SECURED                                            617.00
    INTEREST                                       234.31
UNSECURED                                             .00
ADMINISTRATIVE                                   1,292.62
TRUSTEE COMPENSATION                               183.27
DEBTOR REFUND                                         .00
                         ---------------   ---------------
TOTALS                    2,327.20              2,327.20
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 21374 THELMA M HENDERSON